IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ARONDA PIGEON, individually and as Special Administrator of the Estate of DUSTIN PIGEON, deceased, | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | Case No. CIV-18-728-F |
| v. | ) ) | |
| KEITH PATRICK SWEENEY, Individually, CITY OF OKLAHOMA CITY, a Municipal Corporation, and WILLIAM CITTY, in his individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT KEITH SWEENEY'S EXPERT WITNESS LIST

**COMES NOW,** Defendant Keith Patrick Sweeney, by and through counsel of record, hereby submits this Expert Witness List:

| No. | Name and Address | Anticipated Testimony |
|---|---|---|
| 1. | Jamie Borden<br>Critical Incident Review (C.I.R.)<br>3484 E. Saddle Avenue<br>Las Vegas, NV 89121<br>Jamieborden.cir@gmail.com<br>702-373-4737 | Testify to his Training and Experience as set forth in his Curriculum Vitae. Testify consistent with his Report. Testify to being an Expert in the Fields of Police Training and Related Human Performance and Factors; Police Procedure; Police Practice and Policy; Police Use-of-Force; and Forensic Video Review.<br><br>See Report filed contemparously herein. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2019, I electronically transmitted the attached Defendants' Expert Report to the Clerk of the Court using the ECF Filing System and Transmittal of a Notice of Electronic Filing to the following ECF Registrants:

HCA Legal Group, PLLC
John D. Coury
Robert W. Haiges
825 E. 33rd Street
Edmond, OK 73120
johndcoury@yahoo.com,
haigesr@yahoo.com,
*ATTORNEYS FOR PLAINTIFFS*

CHRIS HARPER, INC.
Chris Harper, OBA No. 10325
Post Office Box 5888
Edmond, Oklahoma 73083
Telephone: (405) 359-0600
Facsimile: (405) 340-1973
charper@chrisharperlaw.com
*ATTORNEYS FOR PLAINTIFFS*

Assistant Municipal Counselors
Richard C. Smith, OBA #8397
Sherri R. Katz, OBA #14551
200 North Walker, Suite 400
Oklahoma City, OK 73102
rick.smith@okc.gov
katz@okc.gov
*ATTORNEYS FOR CITY AND CITTY*

s/ Gary J. James