# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| ARONDA PIGEON, individually and as Special Administrator of the Estate of DUSTIN PIGEON, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH PATRICK SWEENEY, CITY OF OKLAHOMA CITY, a municipal corporation, and WILLIAM CITTY, in his individual capacity, <br><br> Defendants. | Case No. CIV-18-728-F |

## DEFENDANTS CITY AND CITTY'S EXPERT WITNESS LIST

COMES NOW the Defendants City and Citty and for their list of expert witnesses to be called in the trial of this case, states as follows:

| No. | Name | Address |
|---|---|---|
| 1. | Sgt. John "Rob" High, OCPD trainer of use of deadly force | c/o Richard C. Smith <br> Sherri R. Katz <br> Assistant Municipal Counselors <br> 200 North Walker, 4th Floor <br> Oklahoma City, OK 73102 |
| 2. | Sgt. Blake Webster, OCPD trainer of use of deadly force | c/o Richard C. Smith <br> Sherri R. Katz <br> Assistant Municipal Counselors <br> 200 North Walker, 4th Floor <br> Oklahoma City, OK 73102 |
| 3. | Sgt. Kent Cochran, OCPD trainer of use of deadly and less lethal force | c/o Richard C. Smith <br> Sherri R. Katz <br> Assistant Municipal Counselors <br> 200 North Walker, 4th Floor <br> Oklahoma City, OK 73102 |

| 4. | Sgt. Phil Paz, 2015 OCPD De-escalation training | c/o Richard C. Smith<br>Sherri R. Katz<br>Assistant Municipal Counselors<br>200 North Walker, 4th Floor<br>Oklahoma City, OK 73102 |
|---|---|---|
| 5. | Sgt. Kim Holmes, 2015 OCPD De-escalation training | c/o Richard C. Smith<br>Sherri R. Katz<br>Assistant Municipal Counselors<br>200 North Walker, 4th Floor<br>Oklahoma City, OK 73102 |

(Counsel for these Defendants does not believe that training of less lethal force is relevant or material to Plaintiff's allegations herein, but in an abundance of caution is listing them herein).

As none of these Defendants were expressly hired to provide expert testimony or whose duties regularly involve giving expert witness testimony, no report is required. See FRCP Rule 26(a)(2)(B).

    Respectfully submitted,

    KENNETH JORDAN
    Municipal Counselor

    /s/ Richard C. Smith
    Richard C. Smith, OBA# 8397
    Sherri R. Katz, OBA #14551
    Assistant Municipal Counselors
    200 North Walker, Suite 400
    Oklahoma City, Oklahoma 73102
    (405) 297-2451
    rick.smith@okc.gov
    sherri.katz@okc.gov
    Attorneys for Defendant City and Citty

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November, 2019, I electronically transmitted the attached Defendants City and Citty's Expert Witness List to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: HCA Legal Group, PLLC, John D. Coury, Esq., at johndcoury@yahoo.com, Robert W. Haiges, Esq., at haigesr@yahoo.com, and Chris Harper, at charper@chrisharperlaw.com, Attorneys for Plaintiffs, and Gary James, at gary@garyjameslaw.com, Attorney for Defendant Keith Patrick Sweeney .

/s/ Richard C. Smith
Assistant Municipal Counselor