# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARONDA PIGEON, individually and as Special Administrator of the Estate of DUSTIN PIGEON, deceased, ARONDA PIGEON,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH PATRICK SWEENEY, CITY OF OKLAHOMA CITY, a municipal corporation, OKLAHOMA CITY POLICE DEPARTMENT, and WILLIAM CITTY, in his individual capacity as Chief of Police of the Oklahoma City Police Department,<br><br>Defendants. | Case No. CIV-18-728-F |

## PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST

COMES NOW Plaintiff, Aronda Pigeon, individually and as Special Administrator of the Estate of Dustin Pigeon, Deceased, Aronda Pigeon, and for her Final Witness and Exhibit List in the above-styled matter.

| NO. | WITNESS | PROPOSED TESTIMONY |
|---|---|---|
| 1. | Plaintiff, Aronda Hawthorne<br>c/o Chris Harper<br>P.O. Box 5888<br>Edmond, OK 73083 | Will testify to the facts and circumstances regarding the issues of this case and relationship of deceased |
| 2. | Tesina Pigeon | Will testify to the facts and circumstances regarding the issues of this case and relationships of deceased |
| 3. | Sgt. Erik Howell<br>C/O Oklahoma City Police Dept. | Deposed. |
| 4. | Officer Troy Nitzky<br>C/O Oklahoma City Police Dept. | Deposed. |
| 5. | Inspector Cris Cunningham<br>C/O Oklahoma City Police Dept. | Deposed. |

| 6. | Christopher Click, CSI<br>C/O Oklahoma City Police Dept. | Will testify to the facts and circumstances regarding the issues of this case |
| 7. | Audrey Moon, CSI<br>C/O Oklahoma City Police Dept. | Will testify to the facts and circumstances regarding the issues of this case |
| 8. | Dr. Struberg | Medical Examiner |
| 9. | Detective Robert High<br>C/O Oklahoma City Police Dept. | Will testify to the facts and circumstances regarding the issues of this case |
| 10. | Blake Webster | Will testify to the facts and circumstances regarding the issues of this case |
| 11. | Jonathyn Priest, Expert | Will testify opinion of the responsible of the Defendants for the Plaintiff's death |
| 12. | Investigator, Lyndell Easley<br>C/O Oklahoma City Police Dept. | Will testify to the facts and circumstances regarding the issues of this case |
| 13. | William Citty, Retired Chief | Deposed. |
| 14. | Keith Sweeney | Will testify to the facts and circumstances regarding the issues of this case |
| 15. | Amanda Miller Romero | Will testify to the facts and circumstances regarding the issues of this case |
| 16. | Ed Baker<br>Forensic Video Analyst | Will testify to findings and facts regarding issues of this case |
| 17. | Mike Huff<br>Retired Tulsa Police Officer | Will testify to opinions and facts regarding this case |
| 18. | Jaimie Borden<br>Critical Incident Review | Will testify opinions and facts regarding this case |
| 19. | Any witnesses not objected to by this Defendant. | |
| 20. | Any witnesses listed by Defendant which are not objected to by Plaintiff | |

## EXHIBITS

| 1. | Interrogation Video of Keith Sweeney |
| 2. | Keith Sweeney's Facebook Posts and Memes |
| 3. | Lighter |
| 4. | Lighter fluid |

| 5.  | Keith Sweeney's service gun |
|-----|------------------------------|
| 6.  | All CSI reports |
| 7.  | Keith Sweeney's disciplinary reports |
| 8.  | All Exhibits used in Keith Sweeney's criminal trial |
| 9.  | All documents produced by Defendant |
| 10. | Body cam and videos |
| 11. | CSI photos |
| 12. | Medical Examiner photos and report |
| 13. | All tapes |
| 14. | Policy and procedure manual of City of Oklahoma City |
| 15. | Picture of Plaintiff |
| 16. | Funeral cost and casket |
| 17. | Criminal charges and verdict forms |
| 18. | Criminal charges |
| 19. | All incident reports by City of Oklahoma City |
| 20. | Family photos of Plaintiff |

Respectfully Submitted,

/s/ Chris Harper
Chris Harper, OBA No. 10325
**CHRIS HARPER, INC.**
Post Office Box 5888
Edmond, Oklahoma  73083-5888
Telephone: (405) 359-0600
Facsimile: (405) 340-1973
charper@chrisharperlaw.com

and

Robert W. Haiges, OBA #17196
John D. Coury, OBA #15445
HCA Legal Group, PLLC
825 E. 33rd Street
Edmond, OK 73013
Telephone: (405) 478-1188
Facsimile: (405) 478-5501

and

Phillip P. Owens II, OBA #15165
OWENS LAW OFFICE, P.C.
6907 NW 122nd Street
Oklahoma City, OK 73142
405-608-0708
405-608-0709 fax
po@owenslawofficepc.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th of November, 2019, I electronically transmitted the attached Plaintiff's Final Witness and Exhibit List to the Clerk of the Court using the ECF filing system and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Richard C. Smith
Sherri R. Katz
Assistant Municipal Counselors
200 N. Walker, Suite 400
Oklahoma City, OK 73102
Rick.Smith@okc.gov
Sherri.katz@okc.gov


Gary James
PO Box 2443
Oklahoma City, OK 73101-2443
gary@garyjameslaw.com


/s/ Chris Harper