## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARONDA PIGEON, individually and as Special Administrator of the Estate of DUSTIN PIGEON, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )     Case No. CIV-18-728-J ) |
| KEITH PATRICK SWEENEY, *et al.*, | ) ) ) |
| Defendants. | ) |

## DEFENDANTS CITY AND CITTY'S EXPERT WITNESS LIST

**COME NOW** Defendants, Chief William Citty and the City of Oklahoma City, and pursuant to this Court's Scheduling Order and Rule 26(b)(4) of the Federal Rules of Civil Procedure and states as follows:

These Defendants have not retained any expert for purposes of this litigation nor did it employ the following to routinely provide expert witness testimony and therefore, no report is required.  To the extent a report may be required, the following testified in the criminal trial of *State v. Sweeney*, Oklahoma County District Court No. CF-2017-7236 and their testimony was recorded and has been transcribed and is available to Plaintiff and Defendant Sweeney:

| No. | Witness | Address |
|---|---|---|
| 1. | CSI Audrey Moon | c/o Richard C. Smith Asst. Municipal Counselor 200 N. Walker, 4th Floor Oklahoma City, OK  73102 |

| 2. | Sgt. Christopher Click | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |
|----|------------------------|--------------------------------------------------------------------------------------------------------------------|
| 3. | CSI Paige Bradbury | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |
| 4. | Examiner Ronald Jones | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |

Additionally, these employees authored reports regarding the OCPD's investigation into the actions of Defendant Sweeney and Officers Nitzky and Howell in OCPD Case No. 17-092165, copies of which have already been provided to Plaintiff.

The following two employees offered testimony in the above-referenced criminal case who did not author any report, but Plaintiff and Defendant Sweeney can purchase a copy of the transcript:

| No. | Witness | Address |
|-----|---------|---------|
| 5. | Det. John Robert High | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |
| 6. | Lt. Blake Webster | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |

Additionally, the following may be called as fact witnesses regarding training provided by the OCPD:

| No. | Witness | Address |
|---|---|---|
| 7. | Sgt. Travis Serna | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |
| 8. | Sgt. Kent Cochran | c/o Richard C. Smith<br>Asst. Municipal Counselor<br>200 N. Walker, 4th Floor<br>Oklahoma City, OK  73102 |

Lastly, the following is a state employee who conducted the autopsy of Plaintiff's decedent (and her report has been furnished to Plaintiff's counsel and Defendant Sweeney's counsel) and testified in the criminal trial of *State v. Sweeney,* Oklahoma County District Court No. CF-2017-7236:

| No. | Witness | Address |
|---|---|---|
| 9. | Edana Stromberg, M.D. | 921 N.E. 23rd Street<br>Oklahoma City, OK  73105 |

Respectfully submitted,

KENNETH JORDAN
Municipal Counselor

/s/ Richard C. Smith
Richard C. Smith, OBA# 8397
Sherri R. Katz, OBA #14551
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, Oklahoma 73102
(405) 297-2451
rick.smith@okc.gov; sherri.katz@okc.gov
Attorneys for Defendant City and Citty

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2020, I electronically transmitted the attached Defendants City and Citty's Expert Witness List to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: HCA Legal Group, PLLC, John D. Coury, Esq., at johndcoury@yahoo.com, Robert W. Haiges, Esq., at haigesr@yahoo.com, and Chris Harper, at charper@chrisharperlaw.com, Attorneys for Plaintiffs, and Gary James, at gary@garyjameslaw.com, Attorney for Defendant Keith Patrick Sweeney .

/s/ Richard C. Smith
Assistant Municipal Counselor